Blake L. Harrop
Senior Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us

*Counsel for Intervener, the State of Illinois*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION** | No.: 3:07-md-1827 SI<br>MDL No. 1827<br><br>**[~~Proposed~~] Order Granting States of Illinois, Oregon and Washingon's Ex Parte Motion to Extend Time to Respond to IPPs' Motion for Preliminary Approval** |
| This document relates to:<br><br>ALL ACTIONS. | |

Having considered the States of Illinois, Oregon and Washingon's Motion to Extend Time to Respond to IPPs' Motion for Preliminary Approval, as well as all papers filed in support thereof or in opposition thereto, and having entertained any argument of counsel,

**IT IS HEREBY ORDERED** that the **Motion** is **GRANTED** so that the time for the States of Illinois, Oregon and Washington to respond to the IPP's Motion for

Preliminary Approval of the class settlement with the LGE defendants is extended until October 7, 2013.

Dated: ~~September~~ 10/07 _____, 2013



Hon.
United

Hon. Judge Samuel Conti

[Proposed] Order Granting State of Illinois' Motion to Intervene

Case No. M-07-1827