UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944-JST |
| This Order Relates To:<br>ALL INDIRECT PURCHASER ACTIONS | **ORDER VACATING HEARING**<br>Re: ECF No. 5587 |

Before the Court is Indirect Purchaser Plaintiffs' motion pursuant to Ninth Circuit mandate to reconsider and amend final approval order, final judgment, and fee order. ECF No. 5587. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 23, 2019, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 15, 2019



JON S. TIGAR
United States District Judge