UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHUNGHWA PICTURE TUBES, LTD., et al., <br><br> Defendants. | Case No. 07-cv-05944-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 5718 |

Before the Court is Non-Repealer States' and Other Repealer States' motion to stay. ECF No. 5718. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 10, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 3, 2020

JON S. TIGAR
United States District Judge