Kenneth A. Gallo (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173-JST;<br><br>*Sharp Electronics Corp.,* et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776-JST. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of July 1, 2020, Kira A. Davis will no longer be associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and is hereby withdrawing as counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (the "Sharp Plaintiffs") in the above-referenced matters. We respectfully request that her name be removed from all applicable service lists, including Notices of Electronic Filing. All of the Sharp Plaintiffs' claims in these matters have been resolved, and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to receive notifications through their attorneys who have appeared.

DATED: June 22, 2020                By: */s/ Kira A. Davis*

>
> Kenneth A. Gallo (*pro hac vice*)
> Craig A. Benson (*pro hac vice*)
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 2001 K Street, NW
> Washington, DC  20006
> Telephone:  (202) 223-7300
> Facsimile:  (202) 223-7420
> Email: kgallo@paulweiss.com
> Email: cbenson@paulweiss.com
>
> Kira A. Davis (*pro hac vice*)
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 1285 Avenue of the Americas
> New York, NY 10019
> Telephone: 212-373-3230
> Facsimile: 212-757-3990
> Email: kdavis@paulweiss.com
>
> *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*